UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Wendy Koski, <br><br> Plaintiff, <br> v. <br><br> GC Services, L.P.; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.:  1:11-cv-00561-PB |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 23, 2012

                                              Respectfully submitted,

                                              By    /s/ James D. Kelly

                                              James D. Kelly, Esq. (BNH 16177)
                                              Getman, Schulthess & Steere
                                              1838 Elm Street
                                              Manchester, NH  03104
                                              (603) 634-4300

                                              **Of Counsel to**
                                              Lemberg & Associates, LLC
                                              1100 Summer Street
                                              Stamford, CT 06905
                                              (203) 653-2250

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 23, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Hampshire Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ James D. Kelly_____

              James D. Kelly