# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Wendy Koski, | : |
| | : |
| | : Civil Action No.:  1:11-cv-00561-PB |
| Plaintiff, | : |
| v. | : |
| | : |
| GC Services, L.P.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

Wendy Koski ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 9, 2012

Respectfully submitted,

By    /s/ James D. Kelly

James D. Kelly, Esq. (BNH 16177)
Getman, Schulthess & Steere
1838 Elm Street
Manchester, NH  03104
(603) 634-4300

**Of Counsel to**
Lemberg & Associates, LLC
1100 Summer Street
Stamford, CT 06905
(203) 653-2250

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 9, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of New Hampshire Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By___/s/ James D. Kelly_____

              James D. Kelly